**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1335

GEORGE R. LEACH,

              Plaintiff - Appellant,

        v.

HON. SAMUEL T. POWELL, III,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Jerome B. Friedman, District Judge.  (4:08-cv-00009-JBF-JEB)

Submitted:  September 11, 2008      Decided:  September 15, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George R. Leach, Appellant Pro Se.  Stephen Michael Hall, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George R. Leach appeals the district court's order denying relief of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Leach v. Powell</u>, No. 4:08-cv-00009-JBF-JEB (E.D. Va. Feb. 8, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>